# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ISRAEL TORRES,                     )
                                   )
    Plaintiff,                     )
                                   )   Civil Action No. 11-161 Erie
        v.                       )
                                   )
B. T. ROBINSION, et al.,           )
                                   )
    Defendants.                    )

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on August 8, 2011 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's oral Report and Recommendation entered on the record on March 1, 2012 [Docket Entry dated March 1, 2012] and [ECF No. 18, Minute Entry], recommended that Plaintiff's motion for preliminary injunction and motion for temporary restraining order [ECF No. 15] be denied. The parties were allowed fourteen (14) days from the date of service to file objections. No objections were filed. After de novo review of the documents in the case, the transcript of the proceedings [ECF No. 20], and the oral Report and Recommendation, the following order is entered:

AND NOW, this 23rd day of March, 2012;

IT IS HEREBY ORDERED that the Plaintiff's motion for preliminary injunction and motion for temporary restraining order [ECF No. 15] is DENIED.

The oral Report and Recommendation of Magistrate Judge Baxter entered on the record on March 1, 2012 is adopted as the opinion of the Court.

s/ Sean J. McLaughlin
United States District Judge

cm: All parties of record
Susan Paradise Baxter, U.S. Magistrate Judge