**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ISRAEL TORRES,                )
                              )
    Plaintiff,              )
                              )    Civil Action No.  11-161 Erie
        v.                  )
                              )
B. T. ROBINSION, et al.,      )
                              )
    Defendants.             )

### MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on August 8, 2011 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 31], filed on September 11, 2012, recommended that the partial motion for summary judgment filed by Defendants [ECF No. 24] be granted. The parties were allowed fourteen (14) days from the date of service to file objections. Service was made on Plaintiff and Defendants. No objections were filed. After de novo review of the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 4th day of October, 2012;

IT IS HEREBY ORDERED that the motion for partial summary judgment filed by Defendants [ECF No. 24] is GRANTED. The Clerk of Courts is directed to terminate Defendant Sauers as a Defendant on the docket.

The Report and Recommendation [ECF No. 31] of Magistrate Judge Baxter, filed on September 11, 2012, is adopted as the opinion of the Court.

              s/ Sean J. McLaughlin
                United States District Judge

cm: All parties of record
   Susan Paradise Baxter, U.S. Magistrate Judge